1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10    KYLE LEE PAYMENT,

11                    Plaintiff,

12         v.

13    RYAN PUGH, *et al.*,

14                    Defendants.

CASE NO. 3:22-cv-05569-TL-JRC

ORDER GRANTING STIPULATED
MOTION TO AMEND PRETRIAL
SCHEDULING ORDER

15

16         This matter is before the Court on referral from the District Court and on the parties'

17    stipulated motion to amend the pretrial scheduling order. Dkt. 15. The Court finds good cause

18    and grants the motion. Therefore, it is hereby ORDERED that:

19         (1)  Any motion to compel discovery shall be filed not later than **May 26, 2023**.

20         (2)  All discovery shall be completed by **June 9, 2023**.

21         (3)  Any dispositive motion shall be filed and served on or before **July 7, 2023**.

22    All other portions of the pretrial scheduling order (Dkt. 13) shall remain in full force and effect.

23

24

ORDER GRANTING STIPULATED MOTION TO
AMEND PRETRIAL SCHEDULING ORDER - 1

1

Dated this 5th day of April, 2023.

2

3

J. Richard Creatura
United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING STIPULATED MOTION TO
AMEND PRETRIAL SCHEDULING ORDER - 2