The Honorable Tana Lin
                                                                                         Magistrate Judge Grady J. Leupold

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| KYLE LEE PAYMENT #870648, | NO. 3:22-cv-05569-TL-GJL |
|     Plaintiff, | STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT ERIC WULF |
|     v. | |
| C/O RYAN PUGH; C/O ERIC WULF, | NOTING DATE: MAY 3, 2023 |
|     Defendants. | |

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Kyle Lee Payment, acting by and through Darryl Parker, and the Defendant Eric Wulf, acting by and through Robert W. Ferguson, Attorney General, and Miles F. Russell, Assistant Attorney General, that the above-entitled action as to Defendant Eric Wulf may be dismissed with prejudice and without costs, this matter having been fully settled and compromised between the Plaintiff and Defendant State of Washington.

//

//

## ORDER

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED that Defendant Eric Wulf shall be dismissed from the above-entitled action with prejudice and without costs or interest to any party.

IT IS SO ORDERED.

DATED this 17th day of May, 2023.

Tana Lin
United States District Judge