UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KYLE LEE PAYMENT,

                Plaintiff,

    v.

RYAN PUGH,

                Defendant.

CASE NO. 3:22-cv-05569-TL-GJL

ORDER ADOPTING REPORT & RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Grady J. Leupold, United States Magistrate Judge (Dkt. No. 42). Having reviewed the Report and Recommendation, as well as the remaining record including the video evidence, and no objections or responses to the Report and Recommendation having been filed, ORDERS as follows:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 42).

(2) Defendants' Motion for Partial Summary Judgment (Dkt. No. 26) and Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 29) are DENIED.

(3) The Clerk of Court is DIRECTED to send copies of this Order to Plaintiff, Counsel for Defendants, and to the Hon. Grady J. Leupold.

Dated this 16th day of November 2023.

Tana Lin
United States District Judge

ORDER ADOPTING REPORT & RECOMMENDATION - 1