UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KYLE LEE PAYMENT,<br><br>           Plaintiff,<br><br>   v.<br><br>RYAN PUGH,<br><br>           Defendant. | CASE NO. 3:22-cv-05569-TL-GJL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) The Court has issued an Order adopting the Report and Recommendation resolving the Parties' motions for summary judgment. Dkt. No. 43. As the case has not been resolved by settlement or dispositive motions at this time, the Court will now proceed to setting a trial schedule.

(2) Before the Court sets the trial schedule, the Parties are DIRECTED to file a joint status report **within fourteen (14) days** of this Order addressing the following:

MINUTE ORDER - 1

(a) the prospects for a settlement, if any;

(b) a summary of the remaining parties and claims for trial;

(c) an estimate of the number of days required for trial;

(d) the earliest date on which the Parties will be prepared to go to trial;

(e) any conflicts or other complications to be considered in setting a trial date in 2024; and

(f) any other case management dates the Parties would like to propose for the Court's consideration.

Dated this 16th day of November 2023.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 2